UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                            Case No. 3:05cr2-001/LAC

**CYNTELL DENISE CAMPBELL** /

**ORDER FOR TRANSPORTATION**

Defendant Cyntell Denise Campbell was sentenced on May 10, 2005, with a reporting date of June 27, 2005, no later than 12:00 noon. Defendant Campbell is seven months pregnant and needs to travel to her designated institution, FCI Carswell, Texas, expeditiously. Defendant Campbell is indigent and cannot afford any means of transportation to report.

IT IS HEREBY ORDERED:

The United States Marshals Service is directed to pay for defendant's transportation costs via air and cab fare from the airport to FCI Carswell, Texas. The reporting date for defendant Cyntell Denise Campbell is hereby extended to Tuesday, June 28, 2005, no later than 3:00 p.m.

**ORDERED** on this 27th day of June, 2005.

                                                         s/ *L.A. Collier*
                                                       Lacey A. Collier
                                         Senior United States District Judge