**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                         CASE NO. 3:05CR2-001LAC

CYNTEL DENISE CAMPBELL

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  January 31, 2008
Motion/Pleadings:  MOTION FOR REDUCTION OF SENTENCE (18 USC 3582)
Filed by  DEFENDANT PRO SE           on  1/31/2008          Doc.# 79

RESPONSES:
BY GOVT (Motion to Dismiss)          on 2/1/08           Doc.# 80
_____             on _____      Doc.# _____

____ Stipulated      ____ Joint Pldg.
____ Unopposed       ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                           Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 1st day of February, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Without prejudice. The retroactive application does not become effective until 3 March 2008.*

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.