IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case No.:  3:05cr2/LAC
  3:08cv476/LAC/MD

CYNTELL DENISE CAMPBELL
_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on October 23, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 153) is summarily DISMISSED as untimely.

DONE AND ORDERED this 25th day of November, 2008.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**